To whomever this may concern,

My name is Darryl L. Ellis, Case #: 2:09-cr-00104-ALM-1. I am filing a motion in regards to my case docket records. I am requesting certain information it provides be "SEALED." Specifically docket #'s 18-19 and 31-37. I believe those dockets are confidential information and rather not allow the public access to them. I strongly believe those docket records can and will place my life along with my family's life in great danger. Unfortunately I made a mistake that I have to live and deal with, however I rather suffer the consequences instead of possibly my family. So I will greatly appreciate it if my request be granted to me as soon as possible. Thank you for your time. And God Bless!!)

Darryl D. Ellis

FILED
RICHARD W NAGEL
CLERK OF COURT
2018 FEB 16 PM 1:56
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS