IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. 09-CR-104 |
| v. : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **DARRYL W. ELLIS,** : | |
| : | |
| Defendant, : | |
| : | |

## ORDER

This matter is before the Court on Defendant Darryl Wardell Ellis' Motion to Seal Documents. (ECF No. 53). Mr. Ellis argues that certain filings contain "confidential information" and that failing to seal the could lead to "great danger" for himself and for his family. (*Id.*).

The Court has reviewed the records that Mr. Ellis seeks to seal (ECF Nos. 18, 19, 36, and 37) and determined that the records contain no information that would jeopardize Defendant's safety at all, let alone information that would so jeopardize Defendant as to "justify nondisclosure to the public." *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1176 (6th Cir. 1983). Because the Motion to Seal (ECF No. 53) is not supported by good cause, it must be **DENIED**.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2018

s/Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2018